# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-23-00412-CR

---

**Ronnell Lamont Brown, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 81002, THE HONORABLE WADE NICHOLAS FAULKNER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Ronnell Lamont Brown entered an open plea of guilty to unlawful possession of a firearm by a felon. *See* Tex. Penal Code § 46.04. The trial court assessed punishment at ten years in prison. At the same time, Brown entered an open plea of guilty to aggravated assault with a deadly weapon, and true to a felony enhancement. *See id*. §§ 12.42, 22.02. The trial court assessed punishment at 47 years in prison and ordered $39,504.79 in restitution. Brown appeals both convictions. This appeal concerns only the possession of a firearm by a felon conviction.

Brown's court-appointed attorney on appeal has filed a motion to withdraw supported by an *Anders* brief contending that the appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744-45 (1967). Brown's court-appointed attorney's brief meets the requirements of *Anders* by presenting a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. *See id*.; *Garner v. State*, 300 S.W.3d 763, 766

(Tex. Crim. App. 2009); *see also Penson v. Ohio*, 488 U.S. 75, 81-82 (1988) (explaining that *Anders* briefs serve purpose of "assisting the court in determining both that counsel in fact conducted the required detailed review of the case and that the appeal is . . . frivolous"). Brown's counsel has represented to the Court that she provided copies of the motion and brief to Brown; advised Brown of his right to examine the appellate record, file a pro se brief, and pursue discretionary review following the resolution of the appeal in this Court. She also provided to Brown a Motion for Pro Se Access to the Appellate Record lacking only Brown's signature and the date and provided the mailing address for this Court. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Brown filed that motion and received a copy of the Appellate Record but has not filed a pro se brief or a motion for extension of time to file a brief.

We have independently reviewed the record and have found nothing that might arguably support the appeal. *See Anders*, 386 U.S. at 744; *Garner*, 300 S.W.3d at 766. We agree with counsel that the appeal is frivolous and without merit. We grant counsel's motion to withdraw and affirm the trial court's order.

_____

Chari L. Kelly, Justice

Before Justices Baker, Triana, and Kelly

Affirmed

Filed:   November 5, 2024

Do Not Publish

2